TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
  Program Litigation 1
  Social Security Administration | Law & Policy
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: 410-965-5909
  Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA A.D. HASLEM,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:26-CV-01598-AJR<br><br>[PROPOSED] AMENDED JUDGMENT RE REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' amended joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 25th day of June, 2026.

_____
United States Magistrate Judge