PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Suite 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
MARTHA A DEL HASLEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARTHA A DEL HASLEM<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security<br>Defendant. | Case No. 2:26-cv-01598-AJR<br>~~[proposed]~~ ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (EAJA)<br>Judge: Honorable A. Joel Richlin |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that attorney fees in the amount of $6,825.00, and costs in the amount of $0.00, be paid to Patricia L. McCabe of The Law Offices of Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: September 22, 2026

Joel Richlin
Honorable A. Joel Richlin
United States Magistrate Judge